| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael L Spano Jr.** | Social Security number or ITIN | xxx–xx–0936 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laurel R Spano** | Social Security number or ITIN | xxx–xx–5474 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 3/30/18 |
| Case number: | 18–70235–JAD | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael L Spano Jr. | Laurel R Spano |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 425 Main Street<br>Rockwood, PA 15557 | 425 Main Street<br>Rockwood, PA 15557 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658 | Contact phone 814–536–7470<br><br>Email: thedebterasers@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/13/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 18, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/17/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/8/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/26/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/18/18** at **02:00 PM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                     Case No. 18-70235-JAD
Michael L Spano, Jr.                                       Chapter 13
Laurel R Spano
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: gamr              Page 1 of 2               Date Rcvd: Apr 13, 2018
                              Form ID: 309I           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db/jdb       +Michael L Spano, Jr.,    Laurel R Spano,    425 Main Street,    Rockwood, PA 15557-1024
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
tr           +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14802434     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
14802435      Capital One, N.A.,    P.O. Box 71087,    Charlotte, NC 28272-1087
14802436     +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14802444     +Foundation Radiology Group,    P.O. Box 1198,   Somerset, PA 15501-0336
14802445      Keystone Credit Services,    P.O. Box 218,   Leola, PA 17540-0218
14802448    #+Lendmark Financial Services,    Richalnd Square,    1397 Eisenhower Blvd. Ste 100,
               Johnstown, PA 15904-3267
14802449     +Liberty Mutual Insurance,    175 Berkeley Street,    Boston, MA 02116-3350
14802451     +Michael F. Ratchford, Esquire,    Ratchford Law Group, P.C.,    409 Lackawanna Avenue, Suite 320,
               Scranton, PA 18503-2059
14802453      Montgomery Lynch & Associates, Inc.,    P.O. Box 22720,    Beachwood, OH 44122-0720
14802454     +National Enterprise Systems,    2479 Edison Blvd, Unit A,    Twinsburg, OH 44087-2476
14802457     +PNC Bank,   P.O. Box 1820,    Miamisburg, OH 45343
14802455     +Par Bis Nlcl,    7870 Carmargo Road,    Cincinnati, OH 45243-2652
14802456     +Penelec,   P.O. Box 3687,    Akron, OH 44309-3687
14802458     +Sequium Asset Solution,    1130 Northchase Pkwy, St,    Marietta, GA 30067-6413
14802459     +Somerset Hospital,    225 South Center Avenue,    Somerset, PA 15501-2088
14802460     +Somerset Hospital,    Cashier,   225 South Center Avenue,    Somerset, PA 15501-2033
14802461      Somerset Med Services,    4309 Glades Pike, Suite 200,    Somerset, PA 15501-1153
14802462     +Somerset Medical Central Medical,    223 S. Pleasant Avenue,    Suite 301,
               Somerset, PA 15501-2188
14802463     +Somerset Orthopedics,    126 E Church Street,   # 2100,    Somerset, PA 15501-2271
14802464     +Somerset Orthopedics, Inc.,    329 Pleasant Avenue,    Somerset, PA 15501-2262
14802465     +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14802466     +US Career Institute,    2001 Lowe Street,   Fort Collins, CO 80525-5751
14802467     +USCB Corporation,    P.O. Box 75,   Archbald, PA 18403-0075
14802468     +Verizon Wireless,    Po Box 650051,   Dallas, TX 75265-0051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: thedebterasers@aol.com Apr 14 2018 01:48:58      Kenneth P. Seitz,
               Law Offices of Kenny P. Seitz,    P.O. Box 211,   Ligonier, PA  15658
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:49:35      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 14 2018 01:49:45
               Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
14802432      E-mail/Text: ebn@americollect.com Apr 14 2018 01:50:01      Americollect Inc,   Po Box 1566,
               Manitowoc, WI 54221
14802433     +EDI: ARSN.COM Apr 14 2018 05:33:00      ARS National Services, Inc.,    P.O. Box 1259,
               Oaks, PA 19456-1259
14802437     +EDI: CHASE.COM Apr 14 2018 05:33:00      Chase,   Cardmember Service,    P.O. Box 15123,
               Wilmington, DE 19886-5123
14802438     +EDI: CHASE.COM Apr 14 2018 05:33:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14802439     +E-mail/Text: bankruptcy@firstenergycorp.com Apr 14 2018 01:49:55      Collection Service Cen,
               839 5th Ave,   New Kensington, PA 15068-6303
14802440     +EDI: CONVERGENT.COM Apr 14 2018 05:33:00      Convergent,   800 SW 39th Street,    P.O. Box 9004,
               Renton, WA 98057-9004
14802441     +EDI: CCS.COM Apr 14 2018 05:33:00      Credit Collection Services,    725 Canton Street,
               Norwood, MA 02062-2679
14802442     +E-mail/Text: abovay@creditmanagementcompany.com Apr 14 2018 01:50:13      Credit Management Co,
               2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14802450      E-mail/Text: camanagement@mtb.com Apr 14 2018 01:49:21      M&t Bank,   1 Fountain Plz Fl 4,
               Buffalo, NY 14203
14802452     +EDI: MID8.COM Apr 14 2018 05:33:00      Midland Funding,    2365 Northside Dr Ste 30,
               San Diego, CA 92108-2709
14803271     +EDI: PRA.COM Apr 14 2018 05:33:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14802469     +EDI: VERIZONCOMB.COM Apr 14 2018 05:33:00      Verizon Wireless,    P.O. Box 25505,
               Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
```

```
District/off: 0315-7                User: gamr                Page 2 of 2                   Date Rcvd: Apr 13, 2018
                                    Form ID: 309I             Total Noticed: 42

cr*              +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14802443*        +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14802447*        +Keystone Credit Services, LLC,   P.O. Box 218,    Leola, PA 17540-0218
14802446*         Keystone Credit Services, LLC,   P.O. Box 218,    Leola, PA 17540-0218
                                                                                           TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Michael L Spano, Jr. thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5