**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−70235−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael L Spano Jr. | Laurel R Spano |
| 425 Main Street | 425 Main Street |
| Rockwood, PA 15557 | Rockwood, PA 15557 |

Social Security No.:
  xxx−xx−0936                                  xxx−xx−5474

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth P. Seitz | Ronda J. Winnecour |
| Law Offices of Kenny P. Seitz | Suite 3250, USX Tower |
| P.O. Box 211 | 600 Grant Street |
| Ligonier, PA 15658 | Pittsburgh, PA 15219 |
| Telephone number: 814−536−7470 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 13, 2018 | July 13, 2018 |
| 11:00 AM | 11:00 AM |
| Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 5/23/18                                  BY THE COURT

                                                Jeffery A. Deller
                                                Judge

```
                            United States Bankruptcy Court
                           Western District of Pennsylvania

In re:                                                          Case No. 18-70235-JAD
Michael L Spano, Jr.                                            Chapter 13
Laurel R Spano
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: gamr                  Page 1 of 2           Date Rcvd: May 23, 2018
                              Form ID: rsc                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb         +Michael L Spano, Jr.,    Laurel R Spano,   425 Main Street,   Rockwood, PA 15557-1024
14802434       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine Weiner,    Po Box 5010,   Woodland Hills, CA 91365)
14816736        Capital One, N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14802435        Capital One, N.A.,    P.O. Box 71087,   Charlotte, NC 28272-1087
14802436       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,   Anaheim, CA 92806-5951
14829309       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
14802437       +Chase,   Cardmember Service,   P.O. Box 15123,   Wilmington, DE 19886-5123
14802438       +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14802440       +Convergent,    800 SW 39th Street,   P.O. Box 9004,   Renton, WA 98057-9004
14802444       +Foundation Radiology Group,    P.O. Box 1198,   Somerset, PA 15501-0336
14802445        Keystone Credit Services,    P.O. Box 218,   Leola, PA 17540-0218
14802448       #+Lendmark Financial Services,    Richalnd Square,   1397 Eisenhower Blvd. Ste 100,
                 Johnstown, PA 15904-3267
14802449       +Liberty Mutual Insurance,    175 Berkeley Street,   Boston, MA 02116-3350
14802451       +Michael F. Ratchford, Esquire,    Ratchford Law Group, P.C.,   409 Lackawanna Avenue, Suite 320,
                 Scranton, PA 18503-2059
14802453        Montgomery Lynch & Associates, Inc.,    P.O. Box 22720,   Beachwood, OH 44122-0720
14802454       +National Enterprise Systems,    2479 Edison Blvd, Unit A,   Twinsburg, OH 44087-2476
14802457       +PNC Bank,   P.O. Box 1820,   Miamisburg, OH 45343
14802455       +Par Bis Ncl,   7870 Carmargo Road,   Cincinnati, OH 45243-2652
14802456       +Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
14802458       +Sequium Asset Solution,    1130 Northchase Pkwy, St,   Marietta, GA 30067-6413
14802459       +Somerset Hospital,    225 South Center Avenue,   Somerset, PA 15501-2088
14802460       +Somerset Hospital,   Cashier,   225 South Center Avenue,   Somerset, PA 15501-2033
14802461        Somerset Med Services,    4309 Glades Pike, Suite 200,   Somerset, PA 15501-1153
14802462       +Somerset Medical Central Medical,    223 S. Pleasant Avenue,   Suite 301,
                 Somerset, PA 15501-2188
14802463       +Somerset Orthopedics,    126 E Church Street,   # 2100,   Somerset, PA 15501-2271
14802464       +Somerset Orthopedics, Inc.,    329 Pleasant Avenue,   Somerset, PA 15501-2262
14802465       +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
14802466       +US Career Institute,    2001 Lowe Street,   Fort Collins, CO 80525-5751
14802467       +USCB Corporation,   P.O. Box 75,    Archbald, PA 18403-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2018 01:40:26      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14802432        E-mail/Text: ebn@americollect.com May 24 2018 01:40:45      Americollect Inc,   Po Box 1566,
                 Manitowoc, WI 54221
14802433       +E-mail/Text: legal@arsnational.com May 24 2018 01:40:09      ARS National Services, Inc.,
                 P.O. Box 1259,   Oaks, PA 19456-1259
14816736        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 01:41:55      Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC  28272-1083
14802439       +E-mail/Text: bankruptcy@firstenergycorp.com May 24 2018 01:40:41     Collection Service Cen,
                 839 5th Ave,   New Kensington, PA 15068-6303
14802441       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2018 01:41:10
                 Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
14802442       +E-mail/Text: abovay@creditmanagementcompany.com May 24 2018 01:40:54      Credit Management Co,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14802450        E-mail/Text: camanagement@mtb.com May 24 2018 01:40:09     M&t Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
14802452       +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2018 01:40:34     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14819920       +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2018 01:40:34     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14803271        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2018 01:41:56
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14802468       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 01:39:58
                 Verizon Wireless,   Po Box 650051,    Dallas, TX 75265-0051
14802469       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 01:39:58
                 Verizon Wireless,   P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14802443*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14802447*      +Keystone Credit Services, LLC,   P.O. Box 218,   Leola, PA 17540-0218
14802446*       Keystone Credit Services, LLC,   P.O. Box 218,   Leola, PA 17540-0218
                                                                                 TOTALS: 1, * 4, ## 0
```

```
District/off: 0315-7          User: gamr               Page 2 of 2              Date Rcvd: May 23, 2018
                              Form ID: rsc             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Michael L Spano, Jr. thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5