# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 18-70235-JAD
**Michael L. Spano, Jr. and** :
**Laurel R. Spano,** : Chapter 13
       **Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 23rd day of October, 2018, a true and correct copy of the Order dated October 22, 2018, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    JOSEPH B FAY COMPANY
    100 SKY LANE
    TARENTUM, PA 15084

    MICHAEL L. SPANO, JR.
    LAUREL R. SPANO
    425 MAIN STREET
    ROCKWOOD, PA 15557

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 23, 2018

    Respectfully submitted,
    /s/Kenneth P. Seitz, Esquire
    Kenneth P. Seitz, Esquire
    PA I.D. # 81666
    The Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA 15658
    (814) 536-7470
    Attorney for Debtors