**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ) | | |
|    Michael L. Spano, Jr. and ) | Case No. 18-70235-JAD | |
|    Laurel R. Spano, ) | | |
|                      **Debtors** ) | Chapter 13 | |
| ) | | |
| ) | Relatted to ECF No. 11, 35 | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☐ a plan modification sought by: _____

- ☐ a motion to lift stay
  as to creditor _____

- ☑ Other: <u>Notice of Mortgage Payment Changes filed April 13, 2022 and plan payment deficiency notice</u>

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☑ Chapter 13 Plan dated <u>April 11, 2018</u>
- ☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☑ Debtors' Plan payments shall be changed from $ <u>979.00</u> to $<u>1,205.00,</u> effective <u>May 2022; and/or the Plan term shall remain at 60 months per Order of Court Confirming Plan on Final Basis dated October 23, 2018.</u>     .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑ Other: <u>The Notice of Mortgage Payment Changes dated April 13, 2022 are resolved per this Order along with the plan payment deficiency. In addition, except with respect to the increased payment and implementation of the mortgage payment change, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc 35 is incorporated herein.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

[Remainder of Page Intentionally Left Blank]

**SO ORDERED**, this  28th  day of       April        , 2022

FILED
4/28/22 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  jah
Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth P. Seitz, Esquire
Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz, Esquire
Counsel to Chapter 13 Trustee

Stipulated by:

/s/ Rebecca Solarz, Esquire

Rebecca Solarz, Esquire
Carrington Mortgage Services, LLC
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: | Case No. 18-70235-JAD
Michael L Spano, Jr. | Chapter 13
Laurel R Spano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Apr 28, 2022     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael L Spano, Jr., Laurel R Spano, 425 Main Street, Rockwood, PA 15557-1024 |
| 14802433 | + | ARS National Services, Inc., P.O. Box 1259, Oaks, PA 19456-1259 |
| 14802434 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14802444 | + | Foundation Radiology Group, P.O. Box 1198, Somerset, PA 15501-0336 |
| 14802445 | | Keystone Credit Services, P.O. Box 218, Leola, PA 17540-0218 |
| 14802449 | ++ | LIBERTY MUTUAL INSURANCE, 175 BERKELEY STREET, BOSTON MA 02116-3350 address filed with court:, Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 14802448 | + | Lendmark Financial Services, Richalnd Square, 1397 Eisenhower Blvd. Ste 100, Johnstown, PA 15904-3267 |
| 14802451 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14802453 | | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14802457 | + | PNC Bank, P.O. Box 1820, Miamisburg, OH 45343 |
| 14802455 | + | Par Bis Nlcl, 7870 Carmargo Road, Cincinnati, OH 45243-2600 |
| 14802456 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14861636 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14802459 | + | Somerset Hospital, 225 South Center Avenue, Somerset, PA 15501-2088 |
| 14802460 | + | Somerset Hospital, Cashier, 225 South Center Avenue, Somerset, PA 15501-2033 |
| 14802463 | + | Somerset Orthopedics, 126 E Church Street, # 2100, Somerset, PA 15501-2271 |
| 14802464 | + | Somerset Orthopedics, Inc., 329 Pleasant Avenue, Somerset, PA 15501-2262 |
| 14802466 | + | US Career Institute, 2001 Lowe Street, Fort Collins, CO 80525-5751 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14802432 | | Email/Text: ebn@americollect.com | Apr 28 2022 23:38:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14858659 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2022 23:38:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14802434 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 28 2022 23:38:00 | Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14816736 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 23:37:47 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14802435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 23:37:47 | Capital One, N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14802436 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 28 2022 23:38:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |
| 14829309 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 28 2022 23:38:00 | Carrington Mortgage Services, LLC, 1600 South |

Case 18-70235-JAD   Doc 48   Filed 04/30/22   Entered 05/01/22 00:23:11   Desc Imaged
                     Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Douglass Road, Anaheim, CA 92806-5951 |
| 14802439 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 28 2022 23:38:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14802440 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 28 2022 23:38:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14802441 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2022 23:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14802442 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 28 2022 23:38:00 | Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14854911 | | Email/Text: G06041@att.com | Apr 28 2022 23:38:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14802437 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 23:37:47 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14802438 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 23:37:53 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14802449 | | Email/Text: LibertySOP@cscglobal.com | Apr 28 2022 23:38:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 14860480 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 23:37:49 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802450 | | Email/Text: camanagement@mtb.com | Apr 28 2022 23:38:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14858963 | + | Email/Text: camanagement@mtb.com | Apr 28 2022 23:38:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14802452 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 23:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14819920 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14802454 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Apr 28 2022 23:38:00 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 14803271 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 23:38:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802458 | | Email/Text: bankruptcy@sequium.com | Apr 28 2022 23:38:00 | Sequium Asset Solution, 1130 Northchase Pkwy, St, Marietta, GA 30067 |
| 14802467 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 28 2022 23:38:00 | USCB Corporation, P.O. Box 75, Archbald, PA 18403 |
| 14853399 | | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 23:37:49 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14802468 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 23:38:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14802469 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 23:38:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 18-70235-JAD   Doc 48   Filed 04/30/22   Entered 05/01/22 00:23:11   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| 14802443 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14802447 | *+ | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802446 | * | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802461 | ## | Somerset Med Services, 4309 Glades Pike, Suite 200, Somerset, PA 15501-1153 |
| 14802462 | ##+ | Somerset Medical Central Medical, 223 S. Pleasant Avenue, Suite 301, Somerset, PA 15501-2188 |
| 14802465 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 1 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael L Spano Jr. thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5