# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :
                                         : Case No. 18-70235-JAD
**Michael L. Spano, Jr. and**                             :
**Laurel R. Spano,**                                      : Chapter 13
         **Debtors**                                :
                                         :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

      I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of May, 2022, a true and correct copy of the Order dated May 3, 2022, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

        JOSEPH B FAY COMPANY
        100 SKY LANE
        TARENTUM, PA 15084

        MICHAEL L. SPANO, JR.
        LAUREL R. SPANO
        425 MAIN STREET
        ROCKWOOD, PA 15557

      Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: <u>May 4, 2022</u>        Respectfully submitted,
                                                    /s/ Jessica L. Tighe
                                                    Jessica L. Tighe; Legal Asst.
                                                    Law Offices of Kenny P. Seitz
                                                    P. O. Box 211
                                                    Ligonier, PA  15658
                                                    (814) 536-7470