# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael L. Spano, Jr. and
Laurel R. Spano,
          Debtors

Case No. 18-70235-JAD

Chapter 13

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of October, 2022, a true and correct copy of the Order dated October 26, 2022, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    FAY
    NOVA TOWER 1, SUITE 301
    ONE ALLEGHENY SQUARE
    PITTSBURGH, PA 15212

    MICHAEL L. SPANO, JR.
    LAUREL R. SPANO
    425 MAIN STREET
    ROCKWOOD, PA 15557

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: October 27, 2022

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470