**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/09/2023

| | |
|---|---|
| IN RE:<br><br>MICHAEL L SPANO, JR.<br>LAUREL R SPANO<br>425 MAIN STREET<br>ROCKWOOD, PA  15557<br>XXX-XX-0936          Debtor(s)<br><br>XXX-XX-5474 | Case No.18-70235 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/9/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| **ORION**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 | 0.00% | | NOTICE ONLY | | 0.00 | VERIZON/PRAE |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 2 | 0.00% | | NOTICE ONLY | | 0.00 | CARRINGTON~BANK OF NY MELLON/PRAE |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | 3 | 0.00% | 4 | MORTGAGE REGULAR PAYMEN | 1866 | 0.00 | PMT/NMPC*BGN 4/18*DKT4PMT-LMT |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY 14240 | 4 | 6.00% | 8 | VEHICLE | 5716 | 7,809.03 | $8,292.00@6%/PL*W/67*DKT |
| **AMERICOLLECT**<br>POB 1566<br>MANITOWOC, WI 54221-1566 | 5 | 0.00% | | UNSECURED CREDITOR | 3530 | 0.00 | FOUNDATION RDLGY/SCH |
| **AMERICOLLECT**<br>POB 1566<br>MANITOWOC, WI 54221-1566 | 6 | 0.00% | | UNSECURED CREDITOR | 2979 | 0.00 | FOUNDATION RDLGY/SCH |
| **ARS NATIONAL SERVICE**<br>PO BOX 169100<br>ESCONDIDO, CA 92046 | 7 | 0.00% | | UNSECURED CREDITOR | 5124 | 0.00 | NT ADR~CHASE/SCH |
| **CAINE & WEINER**<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS, CA 91411 | 8 | 0.00% | | UNSECURED CREDITOR | 5097 | 0.00 | PROGRESSIVE/SCH |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 9 | 0.00% | 1 | UNSECURED CREDITOR | 9985 | 3,364.82 | |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 10 | 0.00% | | UNSECURED CREDITOR | 8156 | 0.00 | |

CLAIM RECORDS    Case 18-70235-JAD    Doc 61    Filed 02/09/23    Entered 02/09/23 09:53:09    Desc
Page 4 of 9

| Creditor | Claim Info | Account Info |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SOMERSET HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8OCV |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SOMERSET HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  AS00 |
| **SOMERSET MED SVCS**<br>4309 GLADES PIKE STE 200<br>SOMERSET, PA  15501 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  137.97<br>COMMENT:  XVV2K/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4538 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SOMERSET HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  A4R5 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SOMERSET HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4ANS |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SOMERSET HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  97PM |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SOMERSET HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  A4PN |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br>RENTON, WA  98057 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  VERIZON WIRELESS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4526 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA  02062 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LIBERTY MUTUAL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4242 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SOMERSET ORTHO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0896 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0894 | CLAIM: 0.00<br>COMMENT: SOMERSET ORTHO/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1723 | CLAIM: 0.00<br>COMMENT: SOMERSET ORTHO/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1725 | CLAIM: 0.00<br>COMMENT: SOMERSET ORTHO/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1722 | CLAIM: 0.00<br>COMMENT: SOMERSET ORTHO/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3521 | CLAIM: 0.00<br>COMMENT: SOMERSET ORTHO/SCH |
| **FOUNDATION RADIOLOGY GROUP**<br>PO BOX 1198<br>SOMERSET, PA 15501 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4442 | CLAIM: 0.00<br>COMMENT: |
| **KEYSTONE CREDIT SERVICES LLC\*\***<br>664 FURNACE HILLS PIKE<br>LITITZ, PA 17543 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3135 | CLAIM: 0.00<br>COMMENT: SOMERSET HSPTL/SCH |
| **KEYSTONE CREDIT SERVICES LLC\*\***<br>664 FURNACE HILLS PIKE<br>LITITZ, PA 17543 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8303 | CLAIM: 0.00<br>COMMENT: SOMERSET HSPTL/SCH |
| **KEYSTONE CREDIT SERVICES LLC\*\***<br>664 FURNACE HILLS PIKE<br>LITITZ, PA 17543 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2473 | CLAIM: 0.00<br>COMMENT: SOMERSET HSPTL/SCH |
| **ANTERO CAPITAL LLC**<br>PO BOX 1931<br>BURLINGAME, CA 94011 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8878 | CLAIM: 1,351.93<br>COMMENT: NO$/SCH*LENDMARK*PLAZA SRVCS |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 702.16<br>COMMENT: X4770/SCH*CREDIT ONE*MSW*LAST TRANSACTION 3/21/2015 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4143 |
| **MONTGOMERY LYNCH & ASSOCIATES**<br>PO BOX 22720<br>BEACHWOOD, OH 44122 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SOMERSET MDCL ASSOC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8498 |
| **NES BANK OF AMERICA**<br>2479 EDISON BLVD UNIT A<br>TWINSBURG, PA 44087 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: C023 |
| **PARSON BISHOP NAT'L CLLCTN++**<br>7870 CAMARGO RD<br>CINCINNATI, OH 45243 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SOMERSET OB GYN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6965 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,428.16<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7117 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 413.67<br>COMMENT: X5236/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5527 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4386 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1263 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7243 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0559 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7484 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7705 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6317 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7742 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3724 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0806 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2333 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7815 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0514 | CLAIM: 0.00<br>COMMENT: |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br>SOMERSET, PA 15501 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6000 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4178 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7849 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3014 |
| **SOMERSET HOSPITAL**<br>225 S. CENTER AVENUE<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3017 |
| **SOMERSET MED SVCS**<br>4309 GLADES PIKE STE 200<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9755 |
| **SOMERSET MED SVCS**<br>4309 GLADES PIKE STE 200<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5457 |
| **SOMERSET ORTHOPEDICS**<br>329 PLEASANT AVE<br><br>SOMERSET, PA 15501-2271 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5010 |
| **SOMERSET ORTHOPEDICS**<br>329 PLEASANT AVE<br><br>SOMERSET, PA 15501-2271 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1120 |
| **TRIDENT ASSET++**<br>53 PERIMETER CENTER EAST STE 450<br><br>ATLANTA, GA 30345-2287 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3320 |
| **USCB CORP++**<br>101 HARRISON ST<br><br>ARCHBALD, PA 18403 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US CAREER INST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3727 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 1,485.65<br>COMMENT: LAST TRANSACTION 2/24/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **LIBERTY MUTUAL**<br>REMITTANCE PROCESSING CTR<br>DOVER, NY 03822-0001 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ABRAHAMSEN RATCHFORD++**<br>409 LACKAWANNA AVE STE 3C<br>SCRANTON, PA 18503-2059 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2018 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0574 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 6,638.55<br>COMMENT: THRU 3/18*7500/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1866 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 0.00<br>COMMENT: NT/SCH*ARROW FNCL*STALE CL 863.64 W/D*DOC 60 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2800 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY 14240 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 107.35<br>COMMENT: NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5716 |