UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MICHAEL L SPANO, JR.<br>  LAUREL R SPANO<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  MICHAEL L SPANO, JR.<br>  LAUREL R SPANO<br><br>        Respondents | Case No.18-70235JAD<br><br>Chapter 13<br><br>Related to ECF No. 65 |

FILED
5/22/23 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 22nd day of May, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

S&B Usa Construction
Attn: Payroll Manager
Nova Tower 1, Suite 301
One Allegheny Square
Pittsburgh, PA 15212

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL L SPANO, JR., social security number XXX-XX-0936. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL L SPANO, JR..

BY THE COURT:

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael L Spano, Jr.  
Laurel R Spano  
    Debtors

Case No. 18-70235-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael L Spano, Jr., Laurel R Spano, 425 Main Street, Rockwood, PA 15557-1024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael L Spano Jr. thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                           User: auto                                   Page 2 of 2
Date Rcvd: May 22, 2023                 Form ID: pdf900                          Total Noticed: 1
TOTAL: 5