Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael L Spano Jr.
Laurel R Spano**
   Debtor(s)

Bankruptcy Case No.: 18−70235−JAD

Chapter: 13
Docket No.: 73 − 72

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of June, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/21/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/30/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/21/23.**

                                                      Jeffery A. Deller
                                                      United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70235-JAD |
| Michael L Spano, Jr. | Chapter 13 |
| Laurel R Spano | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael L Spano, Jr., Laurel R Spano, 425 Main Street, Rockwood, PA 15557-1024 |
| 14802433 | + | ARS National Services, Inc., P.O. Box 1259, Oaks, PA 19456-1259 |
| 14802444 | + | Foundation Radiology Group, P.O. Box 1198, Somerset, PA 15501-0336 |
| 14802445 | | Keystone Credit Services, P.O. Box 218, Leola, PA 17540-0218 |
| 14802448 | + | Lendmark Financial Services, Richalnd Square, 1397 Eisenhower Blvd. Ste 100, Johnstown, PA 15904-3267 |
| 14802451 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14802453 | | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14802454 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 14802457 | + | PNC Bank, P.O. Box 1820, Miamisburg, OH 45343 |
| 14802455 | + | Par Bis Nlcl, 7870 Carmargo Road, Cincinnati, OH 45243-2652 |
| 14802459 | + | Somerset Hospital, 225 South Center Avenue, Somerset, PA 15501-2088 |
| 14802460 | + | Somerset Hospital, Cashier, 225 South Center Avenue, Somerset, PA 15501-2033 |
| 14802463 | + | Somerset Orthopedics, 126 E Church Street, # 2100, Somerset, PA 15501-2271 |
| 14802464 | + | Somerset Orthopedics, Inc., 329 Pleasant Avenue, Somerset, PA 15501-2262 |
| 14802465 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 14802466 | + | US Career Institute, 2001 Lowe Street, Fort Collins, CO 80525-5751 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:16 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802432 | | Email/Text: ebn@americollect.com | Jun 28 2023 00:53:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14858659 | + | Email/Text: documentfiling@lciinc.com | Jun 28 2023 00:51:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14802434 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 28 2023 00:52:00 | Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14816736 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:11 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14802435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:26 | Capital One, N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14802436 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2023 00:51:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14829309 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2023 00:51:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14802439 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 18-70235-JAD    Doc 74    Filed 06/29/23    Entered 06/30/23 00:31:08    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2023 00:53:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14802440 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 28 2023 00:53:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14802441 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 28 2023 00:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 14802442 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 28 2023 00:53:00 | Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14854911 | | Email/Text: G06041@att.com | Jun 28 2023 00:53:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14802437 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:19:28 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14802438 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:29:53 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14802449 | | Email/Text: LibertySOP@cscglobal.com | Jun 28 2023 00:52:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 14860480 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:55 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802450 | | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14858963 | + | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14802452 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14819920 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14802453 | | Email/Text: cory@montgomerylynch.com | Jun 28 2023 00:52:00 | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14803271 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861636 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 28 2023 00:52:00 | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14802456 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 28 2023 00:52:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14802458 | | Email/Text: bankruptcy@sequium.com | Jun 28 2023 00:52:00 | Sequium Asset Solution, 1130 Northchase Pkwy, St, Marietta, GA 30067 |
| 14802467 | | Email/Text: bankruptcy@uscbcorporation.com | Jun 28 2023 00:51:00 | USCB Corporation, P.O. Box 75, Archbald, PA 18403 |
| 14853399 | | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:19:26 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14802468 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14802469 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 45 |

| | | |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802443 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14802447 | *+ | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802446 | * | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802461 | ## | Somerset Med Services, 4309 Glades Pike, Suite 200, Somerset, PA 15501-1153 |
| 14802462 | ##+ | Somerset Medical Central Medical, 223 S. Pleasant Avenue, Suite 301, Somerset, PA 15501-2188 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com

Kenneth P. Seitz
on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com

Kenneth P. Seitz
on behalf of Debtor Michael L Spano  Jr. thedebterasers@aol.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5