**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL L SPANO, JR. <br> LAUREL R SPANO <br>         Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>      vs. <br> No Respondents. | Case No.:18-70235 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/30/2018 and confirmed on 7/20/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,538.08 |
| Less Refunds to Debtor | 1,668.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,869.60 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,619.00 | |
|   Trustee Fee | 2,709.77 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,328.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 34,573.60 | 0.00 | 34,573.60 |
|     Acct: 1866 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 6,638.55 | 6,638.55 | 0.00 | 6,638.55 |
|     Acct: 1866 | | | | |
|   M & T BANK | 7,916.38 | 7,916.38 | 1,148.41 | 9,064.79 |
|     Acct: 5716 | | | | |
| | | | | 50,276.94 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L SPANO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L SPANO, JR. | 1,668.48 | 1,668.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 16.02 | 16.02 | 0.00 | 16.02 |
|     Acct: XXXXXXXXXXXXXSVCS | | | | |
| | | | | 16.02 |
| **Unsecured** | | | | |
|   AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3530 | | | | |
|   AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2979 | | | | |
|   ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5124 | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5097 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,364.82 | 390.72 | 0.00 | 390.72 |
|     Acct: 9985 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8156 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8OCV | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: AS00 | | | | |
| | SOMERSET MED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4538 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: A4R5 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4ANS | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 97PM | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: A4PN | | | | |
| | CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4526 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4242 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0896 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0894 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1723 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1725 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1722 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3521 | | | | |
| | FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4442 | | | | |
| | KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3135 | | | | |
| | KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8303 | | | | |
| | KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2473 | | | | |
| | ANTERO CAPITAL LLC | 1,351.93 | 156.99 | 0.00 | 156.99 |
| | Acct: 8878 | | | | |
| | MIDLAND FUNDING LLC | 702.16 | 81.53 | 0.00 | 81.53 |
| | Acct: 4143 | | | | |
| | MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8498 | | | | |
| | NES BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: C023 | | | | |
| | PARSON BISHOP NAT'L CLLCTN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6965 | | | | |
| | PENELEC/FIRST ENERGY** | 3,428.16 | 398.08 | 0.00 | 398.08 |
| | Acct: 7117 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 413.67 | 48.04 | 0.00 | 48.04 |
| | Acct: 5527 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4386 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1263 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7243 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0559 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7484 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7705 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6317 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7742 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3724 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0806 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2333 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7815 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0514 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6000 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4178 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7849 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3014 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3017 | | | | |
| | SOMERSET MED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9755 | | | | |
| | SOMERSET MED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5457 | | | | |
| | SOMERSET ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5010 | | | | |
| | SOMERSET ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1120 | | | | |
| | TRIDENT ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3320 | | | | |
| | USCB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3727 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,485.65 | 172.51 | 0.00 | 172.51 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2800 | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5716 | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LIBERTY MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ABRAHAMSEN RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2018 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0574 | | | | |
| | | | | | 1,247.87 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 51,540.83 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 16.02 |
| SECURED | 14,554.93 |
| UNSECURED | 10,746.39 |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MICHAEL L SPANO, JR.
   LAUREL R SPANO
        Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-70235 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-70235-JAD |
|---|---|
| Michael L Spano, Jr. | Chapter 13 |
| Laurel R Spano | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael L Spano, Jr., Laurel R Spano, 425 Main Street, Rockwood, PA 15557-1024 |
| 14802433 | + | ARS National Services, Inc., P.O. Box 1259, Oaks, PA 19456-1259 |
| 14802444 | + | Foundation Radiology Group, P.O. Box 1198, Somerset, PA 15501-0336 |
| 14802445 | | Keystone Credit Services, P.O. Box 218, Leola, PA 17540-0218 |
| 14802448 | + | Lendmark Financial Services, Richalnd Square, 1397 Eisenhower Blvd. Ste 100, Johnstown, PA 15904-3267 |
| 14802451 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14802453 | | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14802454 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 14802457 | + | PNC Bank, P.O. Box 1820, Miamisburg, OH 45343 |
| 14802455 | + | Par Bis Nlcl, 7870 Carmargo Road, Cincinnati, OH 45243-2652 |
| 14802459 | + | Somerset Hospital, 225 South Center Avenue, Somerset, PA 15501-2088 |
| 14802460 | + | Somerset Hospital, Cashier, 225 South Center Avenue, Somerset, PA 15501-2033 |
| 14802463 | + | Somerset Orthopedics, 126 E Church Street, # 2100, Somerset, PA 15501-2271 |
| 14802464 | + | Somerset Orthopedics, Inc., 329 Pleasant Avenue, Somerset, PA 15501-2262 |
| 14802465 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 14802466 | + | US Career Institute, 2001 Lowe Street, Fort Collins, CO 80525-5751 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:19:11 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802432 | | Email/Text: ebn@americollect.com | Jun 28 2023 00:53:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14858659 | + | Email/Text: documentfiling@lciinc.com | Jun 28 2023 00:51:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14802434 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 28 2023 00:52:00 | Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14816736 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:06:44 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14802435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:13 | Capital One, N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14802436 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2023 00:51:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14829309 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2023 00:51:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14802439 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 18-70235-JAD    Doc 75    Filed 06/29/23    Entered 06/30/23 00:31:08    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2023 00:53:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14802440 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 28 2023 00:53:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14802441 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 28 2023 00:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 14802442 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 28 2023 00:53:00 | Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14854911 | | Email/Text: G06041@att.com | Jun 28 2023 00:53:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14802437 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:19:29 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14802438 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:07:03 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14802449 | | Email/Text: LibertySOP@cscglobal.com | Jun 28 2023 00:52:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 14860480 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:29:54 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802450 | | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14858963 | + | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14802452 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14819920 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14802453 | | Email/Text: cory@montgomerylynch.com | Jun 28 2023 00:52:00 | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14803271 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861636 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 28 2023 00:52:00 | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14802456 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 28 2023 00:52:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14802458 | | Email/Text: bankruptcy@sequium.com | Jun 28 2023 00:52:00 | Sequium Asset Solution, 1130 Northchase Pkwy, St, Marietta, GA 30067 |
| 14802467 | | Email/Text: bankruptcy@uscbcorporation.com | Jun 28 2023 00:51:00 | USCB Corporation, P.O. Box 75, Archbald, PA 18403 |
| 14853399 | | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:06:55 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14802468 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14802469 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802443 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14802447 | *+ | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802446 | * | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802461 | ## | Somerset Med Services, 4309 Glades Pike, Suite 200, Somerset, PA 15501-1153 |
| 14802462 | ##+ | Somerset Medical Central Medical, 223 S. Pleasant Avenue, Suite 301, Somerset, PA 15501-2188 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael L Spano  Jr. thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5