**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MICHAEL L SPANO, JR.<br>LAUREL R SPANO<br>    Debtor(s) | Case No.:18-70235 JAD |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1.  The case was filed on 03/30/2018 and confirmed on 07/20/2018 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,691.96 |
| Less Refunds to Debtor | 2,822.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,869.60 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,619.00 | |
|     Trustee Fee | 2,709.77 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,328.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 34,573.60 | 0.00 | 34,573.60 |
|     Acct: 1866 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 6,638.55 | 6,638.55 | 0.00 | 6,638.55 |
|     Acct: 1866 | | | | |
|   M & T BANK | 7,916.38 | 7,916.38 | 1,148.41 | 9,064.79 |
|     Acct: 5716 | | | | |
| | | | | 50,276.94 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L SPANO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L SPANO, JR. | 1,668.48 | 1,668.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L SPANO, JR. | 1,153.88 | 1,153.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 16.02 | 16.02 | 0.00 | 16.02 |
| Acct: XXXXXXXXXXXXXSVCS | | | | |
| | | | | 16.02 |
| **Unsecured** | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3530 | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2979 | | | | |
| ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5124 | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5097 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,364.82 | 390.72 | 0.00 | 390.72 |
| Acct: 9985 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8156 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8OCV | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: AS00 | | | | |
| SOMERSET MED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4538 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: A4R5 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4ANS | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 97PM | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: A4PN | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4526 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4242 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0896 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 16.02 |
| Acct: 0894 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1723 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1725 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1722 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3521 | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4442 | | | | |
| KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3135 | | | | |
| KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8303 | | | | |
| KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2473 | | | | |
| ANTERO CAPITAL LLC | 1,351.93 | 156.99 | 0.00 | 156.99 |
| Acct: 8878 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| MIDLAND FUNDING LLC | 702.16 | 81.53 | 0.00 | 81.53 |
| Acct: 4143 | | | | |
| MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8498 | | | | |
| NES BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C023 | | | | |
| PARSON BISHOP NAT'L CLLCTN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6965 | | | | |
| PENELEC/FIRST ENERGY** | 3,428.16 | 398.08 | 0.00 | 398.08 |
| Acct: 7117 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 413.67 | 48.04 | 0.00 | 48.04 |
| Acct: 5527 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4386 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1263 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7243 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0559 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7484 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7705 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6317 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7742 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3724 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0806 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2333 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7815 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0514 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6000 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4178 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7849 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3014 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3017 | | | | |
| SOMERSET MED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9755 | | | | |
| SOMERSET MED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5457 | | | | |
| SOMERSET ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5010 | | | | |
| SOMERSET ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1120 | | | | |
| TRIDENT ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3320 | | | | |
| USCB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3727 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,485.65 | 172.51 | 0.00 | 172.51 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2800 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5716 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LIBERTY MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ABRAHAMSEN RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2018 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0574 | | | | |
| | | | | 1,247.87 |

TOTAL PAID TO CREDITORS                                                                                                    51,540.83

TOTAL CLAIMED
PRIORITY            16.02
SECURED         14,554.93
UNSECURED       10.746.39

Date: 08/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com