IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL L SPANO, JR.
LAUREL R SPANO
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-70235 JAD

Chapter 13

Related to ECF No. 72

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 22nd day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/22/23 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70235-JAD |
| Michael L Spano, Jr. | Chapter 13 |
| Laurel R Spano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael L Spano, Jr., Laurel R Spano, 425 Main Street, Rockwood, PA 15557-1024 |
| 14802433 | + | ARS National Services, Inc., P.O. Box 1259, Oaks, PA 19456-1259 |
| 14802444 | + | Foundation Radiology Group, P.O. Box 1198, Somerset, PA 15501-0336 |
| 14802445 | | Keystone Credit Services, P.O. Box 218, Leola, PA 17540-0218 |
| 14802448 | + | Lendmark Financial Services, Richalnd Square, 1397 Eisenhower Blvd. Ste 100, Johnstown, PA 15904-3267 |
| 14802451 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2087 |
| 14802454 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 14802457 | + | PNC Bank, P.O. Box 1820, Miamisburg, OH 45343 |
| 14802455 | + | Par Bis Nlcl, 7870 Carmargo Road, Cincinnati, OH 45243-2652 |
| 14802459 | + | Somerset Hospital, 225 South Center Avenue, Somerset, PA 15501-2088 |
| 14802460 | + | Somerset Hospital, Cashier, 225 South Center Avenue, Somerset, PA 15501-2033 |
| 14802463 | + | Somerset Orthopedics, 126 E Church Street, # 2100, Somerset, PA 15501-2271 |
| 14802464 | + | Somerset Orthopedics, Inc., 329 Pleasant Avenue, Somerset, PA 15501-2262 |
| 14802465 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 14802466 | + | US Career Institute, 2001 Lowe Street, Fort Collins, CO 80525-5751 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2023 23:48:26 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802432 | | Email/Text: ebn@americollect.com | Aug 22 2023 23:42:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14858659 | + | Email/Text: documentfiling@lciinc.com | Aug 22 2023 23:41:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14802434 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 22 2023 23:41:00 | Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14816736 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2023 23:49:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14802435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2023 23:49:45 | Capital One, N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14802436 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 22 2023 23:41:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14829309 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 22 2023 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14802439 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 22 2023 23:42:00 | Collection Service Cen, 839 5th Ave, New |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Kensington, PA 15068-6303 |
| 14802440 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 22 2023 23:42:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14802441 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 22 2023 23:42:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14802442 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 22 2023 23:42:00 | Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14854911 | | Email/Text: G06041@att.com | Aug 22 2023 23:42:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14802437 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2023 00:00:37 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14802438 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2023 23:48:06 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14802449 | | Email/Text: LibertySOP@cscglobal.com | Aug 22 2023 23:41:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 14860480 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2023 23:49:02 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802450 | | Email/Text: camanagement@mtb.com | Aug 22 2023 23:41:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14858963 | + | Email/Text: camanagement@mtb.com | Aug 22 2023 23:41:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14802452 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14819920 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14802453 | | Email/Text: cory@montgomerylynch.com | Aug 22 2023 23:41:00 | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14803271 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 22 2023 23:49:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861636 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 22 2023 23:41:00 | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14802456 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 22 2023 23:41:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14802458 | | Email/Text: bankruptcy@sequium.com | Aug 22 2023 23:41:00 | Sequium Asset Solution, 1130 Northchase Pkwy, St, Marietta, GA 30067 |
| 14802467 | | Email/Text: bankruptcy@uscbcorporation.com | Aug 22 2023 23:41:00 | USCB Corporation, P.O. Box 75, Archbald, PA 18403 |
| 14853399 | | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2023 23:49:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14802468 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2023 23:41:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14802469 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2023 23:41:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**
cr                                          THE BANK OF NEW YORK MELLON, F/K/A The Bank of New

Case 18-70235-JAD    Doc 83    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802443 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14802447 | *+ | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802446 | * | Keystone Credit Services, LLC, P.O. Box 218, Leola, PA 17540-0218 |
| 14802461 | ## | Somerset Med Services, 4309 Glades Pike, Suite 200, Somerset, PA 15501-1153 |
| 14802462 | ##+ | Somerset Medical Central Medical, 223 S. Pleasant Avenue, Suite 301, Somerset, PA 15501-2188 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023                  Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Laurel R Spano thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael L Spano Jr. thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5